HAYNES AND BOONE, LLP
Kenneth G. Parker / Bar No. 182911
kenneth.parker@haynesboone.com
Diana C. Obradovich / Bar No. 312633
diana.obradovich@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO MOJARRO MORENO a/k/a SERGIO MOJARRO a/k/a MIKEL EUSKALDUNAK and DOES 1-10,<br><br>Defendants. | Case No.: 8:18-cv-02196-JLS-ADS<br><br>**NOTICE OF POTENTIAL SETTLEMENT AND STIPULATION TO EXTEND DEADLINES** |

Pursuant to Local Rule 7-1, Plaintiff Nintendo of America Inc. ("Nintendo") and Defendant Sergio Mojarro Moreno a/k/a Sergio Mojarro a/k/a Mikel Euskaldunak ("Defendant"), by and through their respective counsel, hereby stipulate and jointly request that this Court issue an Order for a 30-day extension of all currently scheduled court deadlines, as listed in the scheduling order entered by the Court on April 17, 2019 (Doc. No. 31), in light of a potential settlement between the parties that is currently being finalized and memorialized in writing to the satisfaction of both parties.

WHEREAS, on December 11, 2018, Nintendo filed Case No. 8:18-cv-02196 JLS (ADSx) against Defendant and Does 1-100 (Doc. No. 1);

1  WHEREAS, on December 19, 2018, Nintendo filed a First Amended Complaint against Defendant and Does 1-10 (Doc. No. 14);

3  WHEREAS, on February 22, 2019, Defendant submitted his Answer to the First Amended Complaint to the Court, and the Answer was entered on February 25, 2019 (Doc. No. 27);

6  WHEREAS, after submitting a Joint Rule 26(f) Report to the Court on April 5, 2019 (Doc. No. 30), the Court, on April 17, 2019, vacated the Scheduling Conference set for hearing on April 19, 2019 and issued a Scheduling Order (Doc. No. 31);

10  WHEREAS, the parties have reached an agreement in principle regarding the issues raised in this lawsuit and are endeavoring to memorialize the settlement in writing as expeditiously as possible (Parker Decl. ¶ 5);

13  WHEREAS, the parties believe that this 30-day extension of all scheduled dates in this matter will facilitate settlement discussions;

15  WHEREAS, the parties agree that this approach is in the best interests of judicial economy and the efficient preservation of resources.

17  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, that the Court enter an Order extending all currently scheduled deadlines in this matter 30 days, as shown below, in light of the potential settlement agreement between the parties that is currently being finalized and memorialized in writing as expeditiously as possible.

22  However, if the Court is not inclined to grant this joint stipulation, the parties request a short teleconference with The Honorable Josephine L. Staton to discuss the matter.

| MATTER | CURRENT DATES | PROPOSED DATES |
|---|---|---|
| Fact Discovery Cut-Off | September 13, 2019 | October 15, 2019 |
| Last Day to Serve Initial | September 27, 2019 | October 28, 2019 |

2
**NOTICE OF POTENTIAL SETTLEMENT AND STIPULATION TO EXTEND DEADLINES**

| Expert Reports | | |
|---|---|---|
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | September 27, 2019 | October 28, 2019 |
| Last Day to Serve Rebuttal Expert Reports | October 25, 2019 | November 25, 2019 |
| Last Day to Conduct Settlement Proceedings | November 15, 2019 | December 16, 2019 |
| Expert Discovery Cutoff | November 22, 2019 | December 23, 2019 |
| Last Day to File *Daubert* Motions | November 29, 2019 | December 30, 2019 |
| Last Day to File Motions in Limine (other than *Daubert* Motions) | December 20, 2019 | January 21, 2019 |
| Final Pre-Trial Conference | January 17, 2020 | February 18, 2020 |

**IT IS SO STIPULATED.**

DATED: September 10, 2019           HAYNES AND BOONE, LLP


                                    By:   /s/ Kenneth G. Parker
                                          Kenneth G. Parker
                                          Diana C. Obradovich
                                          Attorneys for Plaintiff
                                          NINTENDO OF AMERICA INC.

DATED: September 10, 2019           SHEPPARD MULLIN


                                    By:   /s/ Aaron Malo
                                          Aaron Malo
                                          Attorneys for Defendant
                                          SERGIO MOJARRO MORENO a/k/a
                                          SERGIO MOJARRO a/k/a MIKEL
                                          EUSKALDUNAK

3
**NOTICE OF POTENTIAL SETTLEMENT AND STIPULATION TO EXTEND DEADLINES**